# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS E. JACKSON, JR., )
)
       Plaintiff, )   Case No.: 2:16-cv-00978-GMN-PAL
)
vs. )
) **ORDER ACCEPTING REPORT &**
SOCIAL SECURITY, ) **RECOMMENDATION OF MAGISTRATE**
) **JUDGE PEGGY A. LEEN**
       Defendant. )
)

      Before the Court for consideration is the Report and Recommendation (ECF No. 6) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered July 29, 2016.

      Pursuant to Local Rule IB 3-2(a), objections were due by August 14, 2016. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Peggy A. Leen's Recommendation should be accepted.

      Accordingly,

      **IT IS ORDERED** that the Report and Recommendation (ECF No. 6) is **ACCEPTED**.

      **IT IS FURTHER ORDERED** that Plaintiff Thomas E. Jackson, Jr.'s Complaint (ECF No. 3) is DISMISSED without prejudice.

      **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case and enter judgment accordingly.

      **DATED** this __23__ day of August, 2016.

      _____
      Gloria M. Navarro, Chief Judge
      United States District Court